IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LARRY ALONZO HILL,

    *Plaintiff*,

v.                                                           Case No.: 4:23cv166-MW/MJF

MARCUS DIXON and PAMELA
ANDERSON,

    *Defendants*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating "Plaintiff's complaint is **DISMISSED without prejudice** for failure to prosecute under Federal Rule of Civil Procedure 41(b)." The Clerk shall close the file.

**SO ORDERED on July 17, 2023.**

                                              s/Mark E. Walker               
                                              **Chief United States District Judge**